In the Matter of the Claim of SADIE ONISK, Respondent, against KNAUST BROS. et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1929; decided March 19, 1929.)

*Clarence B. Tippett* for appellant.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.